IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| FOOD & FRIENDS, INC. | ) |
| Plaintiff, | ) |
| v. | ) CASE NUMBER 1:05CV01211 |
| CURVES INTERNATIONAL, INC., FITNESS MANAGEMENT LLC, CURVES CLEVELAND PARK, and DOES 1-50 | ) JUDGE: Colleen Kollar-Kotelly <br> ) DECK TYPE: General Civil <br> ) DATE STAMP: 06/20/2005 |
| Defendants. | ) |

## MOTION TO FILE COMPLAINT UNDER SEAL

Pursuant to Local Civil Rule 5.1(j)(1), Plaintiff Food & Friends respectfully moves this Court for an Order directing that the Complaint in this Action be filed under seal. In support of this motion, Plaintiff states as follows:

1. Two of the Counts of the Complaint, Counts VIII and IX, concern a settlement agreement that provides for confidentiality of the settlement.

2. While the Complaint does not aver the terms or circumstances of the settlement in meaningful detail, and Plaintiff does not believe filing under seal should be necessary, Plaintiff, a small non-profit charitable organization, is appropriately concerned that it will be accused of violating the settlement agreement by virtue of seeking to seeking to enforce its rights under the agreement.

For the foregoing reasons, this motion to file the Complaint in this action under seal should be granted.

June 17, 2005                               Respectfully submitted,

                                            By: _____
                                            Steven B. Fabrizio
                                            (D.C. Bar No. 436482)
                                            JENNER & BLOCK LLP
                                            601 Thirteenth Street, N.W.
                                            Suite 1200 South
                                            Washington, D.C. 20005-3823
                                            Tel: 202.639.6000
                                            Fax: 202.639.6066

                                            Brian P. O'Donnell
                                            JENNER & BLOCK LLP
                                            One IBM Plaza
                                            Chicago, Illinois 60611
                                            Tel: 312.222.9350
                                            Fax: 312.527.0484

                                            *Attorneys for Plaintiff*
                                            *Food & Friends, Inc.*