**FILED**

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FOOD & FRIENDS, INC.                )
                                     )
    Plaintiff,                )    Civil Action No.    05 1211
                                     )
          v.                )
                                     )
CURVES INTERNATIONAL, INC.,          )
FITNESS MANAGEMENT LLC,              )
CURVES CLEVELAND PARK,               )
and DOES 1-50                        )
                                     )
    Defendants.               )

## [PROPOSED] ORDER TO FILE COMPLAINT UNDER SEAL

Having considered Plaintiff's motion to file the Complaint in this action under

seal, and for good cause shown, the motion is GRANTED.

It is hereby ORDERED that the Complaint in this action is and shall be filed

under seal *at this time*.

So ORDERED this **26** day of June, 2005.


_____
United States District Judge