Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,217,266

**United States Patent and Trademark Office**   Registered Jan. 12, 1999

## SERVICE MARK
### PRINCIPAL REGISTER



FOOD & FRIENDS, INC. (D.C. NON-PROFIT CORPORATION)
58 L STREET, S.E.
WASHINGTON, DC 20003

FOR: CHARITABLE FUNDRAISING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-12-1989; IN COMMERCE 9-12-1989.

SER. NO. 75-391,184, FILED 11-17-1997.

RAUL CORDOVA, EXAMINING ATTORNEY

05 1211

FILED
JUN 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT