Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,214,556
Registered Dec. 29, 1998

## SERVICE MARK
### PRINCIPAL REGISTER

## FOOD & FRIENDS

FOOD & FRIENDS, INC. (D.C. NON-PROFIT CORPORATION)
58 L STREET, S.E.
WASHINGTON, DC 20003

FOR: CHARITABLE FUNDRAISING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-16-1989; IN COMMERCE 5-16-1989.

SER. NO. 75-390,604, FILED 11-17-1997.

RAUL CORDOVA, EXAMINING ATTORNEY

