# 6TH ANNUAL FOOD DRIVE



*Bring a bag of non-perishable food items this week (March 8-12) to your local Curves and join with no service fee. All groceries will be donated to local food banks.

**Join This Week**
**$0**
**Service Fee***

**Curves**
The power to amaze yourself.™

Over 7,000 locations to serve you.
www.curvesinternational.com

**703-208-7100**
8622-C Lee Hwy.
Merrifield/Fairfax

**703-691-0996**
11037 Lee Hwy.
Kamp Washington
(behind Weber's Pet Supermarket)

**703-591-7655**
9840 Main Street
Fairfax City

* Offer based on first visit enrollment, minimum 12 mo. c.d. program. Not valid with any other offer. Valid only at participating locations. Offer expires 3/31/04.

12    ©2004, Clipper Magazine, Inc.    For Clipper Magazine® Business/Career Opportunities, Call 888-569-5100

05 1211

FILED
JUN 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT