# *Curves* 7ᵀᴴ ANNUAL FOOD DRIVE



# food for friends

Throughout the month of March, over 7,000 *Curves* clubs will be collecting food for the needy in their communities.

**Please join the effort by making a donation of non-perishable foods.**

All groceries will be donated to food banks in the metropolitan DC area.

During the week of March 7-12, we will also waiver the sign-up fee for any new members who bring a bag of groceries and sign any 12 month contract. Tell your friends… this is a great opportunity to save some money and help out the community!

05 1211

FILED
JUN 20 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT