

**FOR IMMEDIATE RELEASE
FOR MORE INFORMATION CALL:**

(Your Phone Number Here)

**CURVES SUPPORTS COMMUNITIES NATIONWIDE
WITH 7TH ANNUAL FOOD DRIVE**

Curves, 30 Minute Fitness and Weight Loss Center, in (Name and Location Here) will be joining the Curves International Inc. "Curves Food Drive" to benefit local food banks.

Last year, the Curves food drive collected over 4,000 tons of food for local communities.

Anyone joining Curves the week of March 7th may bring a bag of groceries and have the normal service fee waived. Anyone may drop off non-perishable food items at Curves Monday through Friday during business hours during the month of March.

"The Curves Food Drive promotion allows us, the franchisees, to help more women reach their fitness goals, while giving back to the community simultaneously," (Franchisee Name), the owner of the (Club Location) club, said.

With over 8,000 locations worldwide, Curves is the world's largest fitness franchise and the fastest growing franchise in history. Currently, Curves helps over four million women realize their fitness and weight loss goals every day.

**THE LOCAL CURVES ADDRESS IS:**
(Your Address Here)



05 1211

FILED
JUN 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT