MEMORANDUM

**TO:** All Employees
**FROM:** Management
**SUBJECT:** Food for Friends promotion
**DATE:** 2/23/2005
**CC:** Mrs. Schaengold

## FOOD FOR FRIENDS

As we all know Food for Friends will begin March 1st. It was a huge success last year and between the three locations we raised around 3000 lbs of food. Each facility should have an explanation sheet readily available for reference. Elise has dropped off posters at all club locations to be displayed on the circuit. The food collection will run the entire month, however there are some stipulations for the discounts and prizes:

1. **New Members**

   a. Must join during the week of March 7th – March 12th.
   b. Must bring a bag of **nonperishable foods**.
   c. Must join on a **12 month annual membership.**

If a new member fulfills these three requirements, she will receive a **$0 sign up fee**. Also noteworthy, we will NOT be offering 10% off paid-in-fulls with this promotion.

2. **Current Members**

   a. Must work out **3x a week for the entire month of March.**
   b. Must lose either **5 pounds or 5 inches.**
   c. Must bring a bag of **nonperishable foods.**

If a current member meets all three requirements, she is eligible for a "2005 Curves Food Drive" T-shirt. Please find attached chart to keep track of current member's participation.

Please direct questions to your manager.

05 1211

FILED
JUN 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT