# 7TH ANNUAL FOOD DRIVE



Bring a bag of nonperishable food items the week of March 7th to your local Curves and join with no service fee. All groceries will be donated to local food banks.



*Offer based on first visit enrollment, minimum 12 mo. c.d. program. Not valid with any other offer. Valid only at participating locations.

## Curves

The power to amaze yourself.®
www.curvesinternational.com

---

*Visit us at one of our convenient Arlington locations*

**CHERRYDALE**
2105 N. Pollard St.
Next to Company Flowers
703-243-4339

**SHIRLINGTON**
2772 S. Arlington Mill Dr.
Across from the Theaters
703-379-0305

**CLARENDON**
2529 Wilson Blvd.
One Block from Whole Foods
703-387-2474

**CRYSTAL CITY**
2345 Crystal Dr. US Airways Building
Crystal Park IV
703-415-1116

www.arlingtoncurves.com

*Over 8,000 locations worldwide.*

05 1211
FILED
JUN 20 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT