FILED

JUN 20 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Food & Friends, Inc.  )
  )
  )
  )
   vs      Plaintiff  )   Civ   CASE NUMBER 1:05CV01211
  )
Curves International, Inc.;  )   JUDGE: Colleen Kollar-Kotelly
Fitness Management LLC;  )
Curves Cleveland Park;  )   DECK TYPE: General Civil
and Does 1-50.  )
       Defendant  )   DATE STAMP: 06/20/2005

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Food & Friends, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Food & Friends, Inc.  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

436482
BAR IDENTIFICATION NO.

Steven B. Fabrizio
Print Name

601 Thirteenth Street, N.W., Suite 1200 South
Address

Washington, D.C.   20005
City        State        Zip Code

(202) 639-6040
Phone Number