IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOD & FRIENDS, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05 1211 (CKK) |
| ) | |
| v. ) | |
| ) | |
| CURVES INTERNATIONAL, INC., ) | |
| FITNESS MANAGEMENT LLC, ) | |
| CURVES CLEVELAND PARK, ) | |
| and DOES 1-50 ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
TO LEARN THE IDENTITIES OF DOE DEFENDANTS**

By this motion, Plaintiff Food & Friends, Inc. seeks leave to take early discovery for the limited purpose of learning the identities of the Doe Defendants in order to properly add them as named defendants in this action, to serve them with process, and to preserve important evidence that otherwise is likely to be lost. Defendant Curves International, Inc. ("Curves") and its franchisees, including Fitness Management LLC ("FML"), Defendant Curves Cleveland Park ("CCP") and Does 1-50, are responsible for widespread infringement of Plaintiff's trademarks in connection with an annual sales and marketing campaign of Defendants. Plaintiff needs limited discovery to learn the identities of Defendant Curves' other franchisees in the D.C. area that have participated in this harmful infringement of Plaintiff's trademarks. For these reasons, and for the reasons stated in the attached memorandum of law, Plaintiff respectfully requests that the motion be granted.

                        Respectfully submitted,

By: _____
      Steven B. Fabrizio
      (D.C. Bar No. 436482)
      JENNER & BLOCK LLP
      601 Thirteenth Street, N.W.
      Washington, D.C. 20005-3823
      Tel: 202.639.6000
      Fax: 202.639.6066

*Attorneys for Plaintiff*
*Food & Friends, Inc.*

Dated: June 21, 2005