IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOD & FRIENDS, INC. | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05 1211 (CKK) |
| | ) |
| v. | ) |
| | ) |
| CURVES INTERNATIONAL, INC., | ) |
| FITNESS MANAGEMENT LLC, | ) |
| CURVES CLEVELAND PARK, | ) |
| and DOES 1-50 | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

Plaintiff's Motion for Leave to Take Immediate Discovery is GRANTED, and it is hereby ORDERED that Plaintiff shall be permitted immediate leave to serve the following discovery requests:

1. Interrogatories to Defendant Curves International, Inc., answerable in 10 business days, to identify the names, addresses and other contact information for each owner of a Curves franchise in Washington, D.C. and the surrounding Maryland and Virginia regions.

2. Document subpoenas to Curves franchisees in Washington, D.C. and the surround Maryland and Virginia regions seeking promotional, marketing and other materials related to the 2005 Curves food drive.

It is FURTHER ORDERED that Plaintiff shall maintain all such information confidential and shall use it only for purposes of pursuing this Action.

Dated: June ____, 2005   _____
Hon. Colleen Kollar-Kotelly
United States District Judge

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion for Leave to Take Immediate Discovery to Learn the Identities of Doe Defendants will be served on Defendants or counsel for Defendants immediately, at the time of service of Plaintiff's Complaint.

_____
Steven B. Fabrizio