**Fabrizio, Steven B**

| | |
|---|---|
| **From:** | Fabrizio, Steven B |
| **Sent:** | Tuesday, May 03, 2005 6:46 PM |
| **To:** | Roger Schmidt Esq. (rschmidt@curvesinternational.com) |
| **Subject:** | Curves Food Drive Materials |
| **Attachments:** | @ |

Roger -- Good speaking with you, although I'm sure we both wish it was under different circumstances.

I am attaching the information I have (F&F may have more) regarding Curves' use of the F&F trademark again this year. The file named "Curves Food Drive Material 2004" is an exemplar of the materials from last year that were the subject of our settlement. The file named "Curves Food Drive Material 2005" are materials we obtained from local Curves franchises this year. The use this year is stylized to appear even more similar to the F&F trademarked logo.

I would not have believe it without seeing it myself.

In the spirit of trying to get to the bottom of this, could I ask you to send me an exemplar of all the Curves' food drive materials that were sent to Curves franchises. We'll obviously talk soon.

SBF

---

Steven B. Fabrizio
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
(202) 639-6040 *direct phone*
(202) 661-4823 *direct fax*
sfabrizio@jenner.com
www.jenner.com\sfabrizio


    <<
            Curves Food Drive Material 2005.pdf (400.4KB)
            Curves Food Drive Material 2004.pdf (195.5KB)

            (595.9KB)
  >>

7/9/2005