# *Curves Food Drive Promotion*

## EXPLANATION SHEET

Once again, it's time for our Curves Food Drive. The entire month of March will be dedicated to gathering non-perishable foods to be given away to your local food banks. We strongly encourage all of you to participate in this worthy project. Last year, the total weight of collected food was over 4,000 tons and the average facility signed up 39 new members.

- Any facility that promotes this event in their community will receive 10 (4 Large, 6 Extra Large) FREE T-shirts from Curves International. The shirts are specifically designed with the "Curves Food Drive" logo.

- Go to curvescommunity.com and download the newspaper ad and flyer that should be used to advertise this event. We have chosen the week of March 7th to advertise the $0 service fee. Anyone who comes in this week with a sack of groceries and commits to a 12-month check draft membership will pay a $0 service fee. Make sure to schedule your ad in a timely manner.

- There is also a community notice available to download for your use.

- Current members are encouraged to participate by bringing in a sack of groceries, completing three Curves Workouts (per week) throughout the entire month (and optional: losing 5 pounds or 5 inches). This qualifies them to win the "Curves Food Drive" T-shirt.

- Display the poster that announces your facilities' participation in the promotion.

- Look for the press release in April announcing the results of the "Curves Food Drive."

## DEADLINES

**IN ORDER TO RECEIVE YOUR FREE T-SHIRTS...**

(1) Please register online (at curvescommunity.com) by February 7th.

(2) Upon completion of the food drive, every facility must submit their local results online between April 4th and 18th.

*Additional "Curves Food Drive" T-shirts will be available through IDEAS IN ACTION at*
**www.curvesproducts.com**, *your source for Curves authorized licensed products.*
*Orders will be taken from March 1st – April 15th. No orders accepted after April 15th.*

*Curves*