**Fabrizio, Steven B**

**From:** Roger Schmidt [RSchmidt@curvesinternational.com]
**Sent:** Thursday, June 02, 2005 5:03 PM
**To:** Fabrizio, Steven B
**Cc:** James E. Hudson III, Esq.; Kevin Ayers
**Subject:** RE: Curves Food Drive Materials

Steve:

I hope you had a good Memorial Day and that you didn't have to dodge too many Vets riding Harleys. Mike Raymond (our marketing director) is still on vacation but everybody else is back from the extended weekend so I will have a reply letter off to you either tomorrow late afternoon or first thing Monday morning.

Thank you for your patience.

Roger

7/9/2005