Food & Friends v. Curves Int. 05cv1211 (Judge C.K.R.)

Under Seal

AO 440 (Rev, DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6.24.05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| NEALAND WELLINGHAM | PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify): CURVES INTERNATIONAL INC. BY DELIVERY TO LINDA MERCER, LEGAL ASSISTANT, AT 100 RITCHIE RD. WACO, TX 76712

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6.24.05      *Nealand Willingham*
        Date             *Signature of Server*

        435 AUSTIN AVE STE. 2102
        *Address of Server*
        WACO, TX 76701

RECEIVED

JUL 11 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.