AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Food & Friends, Inc.

V.

Curves International, Inc.;
Fitness Management LLC;
Curves Cleveland Park;
and Does 1-50.

**SUMMONS IN A CIVIL CASE**

Under Seal

CASE NUMBER   1:05CV01211

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: General Civil

DATE STAMP: 06/20/2005

TO: (Name and address of Defendant)

Fitness Management LLC
2105 N Pollard Street
Arlington, Virginia 22207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven B. Fabrizio
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 12000 South
Washington, D.C. 20005
(202) 639-6040

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            JUN 20 2005
CLERK                                  DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action Food ; Friends v. Curves Int.   05 CV 01211  (Judge: C.K.K)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/27/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SHEILA BALTHROP-FLYNN | Project Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Curves, 2105 Pollard St. Arlington, VA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Karen Halligan

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/27/05
             Date         Signature of Server  [signed]

601 13th St. NW WDC
Address of Server

RECEIVED
JUL 11 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.