AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FOOD & FRIENDS, INC.  )
    Plaintiff(s)  )
  )
  )
    vs.  )   CASE NUMBER  1:05CV01211 (CKK)
CURVES INTERNATIONAL, INC., et. al. )
  )
    Defendant(s)  )

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of __Basil C. Culyba__ as counsel in this
                        (Attorney's Name)

case for: __Curves International, Inc.__
         (Name of party or parties)

July 8, 2005
Date

_/s/ Basil Culyba_
Signature

Basil C. Culyba
Print Name

D.C. Bar No. 250191
BAR IDENTIFICATION

3050 K Street, NW, Suite 400
Address

Washington, DC  20007
City  State  Zip Code

202-342-8629
Phone Number