**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FOOD & FRIENDS, INC.

       Plaintiff,

       v.

CURVES INTERNATIONAL, INC.,
FITNESS MANAGEMENT LLC,
CURVES CLEVELAND PARK,
and Does 1-50

       Defendants.

Civil Action No. 05-1211 (CKK)

**DECLARATION OF ROGER SCHMIDT IN SUPPORT OF
DEFENDANT'S MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

Roger Schmidt declares:

1.      I am Senior Vice President and Chief General Counsel for Curves International, Inc. (hereinafter, "Curves"), a defendant in this action.

2.      This Declaration is submitted to authenticate the exhibits cited in Defendant's Memorandum in Opposition to Plaintiff's Motion for Leave to Take Immediate Discovery, which are attached hereto.

3.      Exhibit 1 is a true and correct copy of a Curves' advertisement that was distributed for the March 2004 Curves' Sixth Annual Food Drive.

4.      Exhibit 2 is a true and correct copy of the settlement agreement between Curves' and Food & Friends, Inc. (hereinafter, "Food & Friends"), dated May 20, 2004.

5.      Exhibit 3 is a true and correct copy of a list of the Food & Friends Staff & Board Roster printed from the Food & Friends' website, www.foodandfriends.org, on July 7, 2005.

6.    Exhibit 4 is a true and correct copy of a letter dated February 18, 2004 from Craig M. Shniderman, Executive Director of Food & Friends, to Michael Raymond, Director of Marketing for Curves.

7.    Exhibit 5 is a true and correct copy of a Curves' advertisement that was distributed for the March 2005 Curves' ~~Sixth~~ Seventh Annual Food Drive.

8.    Exhibit 6 is a true and correct copy of an e-mail dated May 3, 2005 from Steven B. Fabrizio to me which I received on or around that date.

9.    Exhibit 7 is a true and correct copy of an e-mail dated May 19, 2005 from Steven B. Fabrizio to me which I received on or around that date.

10.    Exhibit 8 is a true, correct, and file-stamped copy of Curves' Complaint For Declaratory Judgment in *Curves, International, Inc. v. Food & Friends, Inc.,* Civ. No. SA05CA0535 (RF), filed in the United States District Court for the Western District of Texas, San Antonio Division, on June 6, 2005.

11.    Exhibit 9 is a true and correct copy of the results of a zip code search on Curves' website, www.curves.com, which was conducted using the 20001 zip code for the District of Columbia and which lists 42 Curves' franchisees located in or around that zip code.

FURTHER DECLARANT SAYETH NOT

Executed: July 8, 2005

In accordance with 28 U.S.C. § 1746(2) and D.C. Local Civil Rule 5.1(h), I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Roger Schmidt
Senior Vice President and Chief General Counsel
for Curves, International, Inc.

2