# 6TH ANNUAL FOOD DRIVE



"Bring a bag of non-perishable food items this week (March 8-12) to your local Curves and join with no service fee. All groceries will be donated to local food banks.

**Join This Week**
**$0**
**Service Fee***

## Curves

The power to amaze yourself.™

*Over 7,000 locations to serve you.*
www.curvesinternational.com

**703-208-7100**
8622-C Lee Hwy.
Merrifield/Fairfax

**703-691-0996**
11037 Lee Hwy.
Kamp Washington
(behind Weber's Pet Supermarket)

**703-591-7655**
9840 Main Street
Fairfax City

*Offer based on first visit enrollment, minimum 12 mo. c.d. program. Not valid with any other offer. Valid only at participating locations. Offer expires 3/31/04.