JUN-03-2005  14:51

P.02

# JENNER&BLOCK

Jenner & Block LLP     Chicago
601 Thirteenth Street, NW    Dallas
Suite 1200 South       Washington, DC
Washington, DC 20005
Tel 202-639-6000
www.jenner.com

Steven B. Fabrizio
Tel 202-639-6040
Fax 202-661-4823

May 20, 2004

Roger Schmidt
Chief General Counsel
Curves International, Inc.
100 Ritchie Road
Waco, Texas 76712

Re: *Food & Friends*/Curves Agreement

Dear Roger:

It has been a pleasure dealing with you, and I am very pleased that we have been able to come to a resolution that is so positive for both Curves International and *Food & Friends*. The following will memorialize the terms of the Curves/*Food & Friends* Agreement.

1. *Food & Friends* fully and forever releases Curves International, Inc. (as well as all directors, officers, employees, franchisees, and agents) from any and all claims of any kind related to Curves International's use of any *Food & Friends* trademarks or service marks in connection with food drives, prior to the date of this Agreement. It is understood that nothing in this Agreement shall be construed as an authorization or license to use any *Food & Friends* trademarks or service marks in the future.

2. Curves International will make the following donations to *Food & Friends*, and will receive receipts acknowledging these charitable donations:

    (a) $15,000 for a sponsorship of the *Food & Friends* Chef's Best event on June 7th;

    (b) $10,000 for a sponsorship of the *Food & Friends* Golf Tournament in September; and

    (c) $10,000 as a general donation to *Food & Friends*.

3. For each of the above donations, Curves International will receive commensurate acknowledgment in program materials, brochures, annual reports, etc.

06/03/2005 14:50 1FAX 1KUNFAXZ
JUN-03-2005 14:51
NFAX                    003/004
                        P.03

Roger Schmidt
Chief General Counsel
May 20, 2004
Page 2

4.    The parties agree to maintain strictly confidential all circumstances concerning the *Food & Friends* claims of trademark infringement, and all aspects of this resolution related to the claims of trademark infringement. Notwithstanding the foregoing, the parties will be permitted to disclose such aspects to their respective senior executives, boards of directors and legal advisors. The parties fully understand that Curves International will receive public recognition for its charitable donations to *Food & Friends*.

5.    Curves International will transfer the sum total of $35,000 to *Food & Friends*, by wire transfer, within two business days after counter-signing this Agreement. This Agreement, including the above release of claims, shall be effective upon receipt by *Food & Friends* of the wire transfer for $35,000. The wire transfer instructions are as follows: *Food & Friends'* Operating Account; Wachovia Bank, N.A.; Account #2000010904149; ABA Routing 054001220. A bank contact is Shannon Shepherd (telephone: 703-760-6183).

We again thank you for the thoughtful manner in which you have handled this, and for your generosity. We hope this can be the beginning of a long and mutually beneficial relationship between Curves International and *Food & Friends*.

If you are satisfied that the above memorialization accurately reflects our agreement, kindly counter-sign below and return a copy to me.

Best regards,

Yours truly,

Steven B. Fabrizio

cc:    Craig Shniderman, *Food & Friends*

AGREED AND ACCEPTED:

Roger Schmidt
On Behalf of Curves International, Inc.