

*It's the labor of love t
the "food" and the "friend*

| HOME | ABOUT FOOD & FRIENDS | OUR SERVICES | HELP US HELP | WH

Home > About Food & Friends > Staff & Board

## Food & Friends Staff & Board Roster
As of July 2005

Craig Shniderman, Executive Director
Dean Palmer, Executive Assistant

**Program Services**
Mary Reed, Director of Program Services

**Client Services & Nutrition**
Charnay Henderson, Client Services Manager
Brad Barfield, AmeriCorps Member
Amy Beal, Client Services Representative
Shawn Daniels, Client Services Coordinator
Antonio Molina, Client Services Assistant
Laura Otolski, RD, Nutritionist
Julie Poole, RD, Nutritionist
Carrie Stoltzfus, Intake Coordinator

**Volunteer & Community Outreach**
Regan Davis, Volunteer & Community Outreach Manager
Meg Coffman, Volunteer Coordinator
Diane Tollick, Volunteer Coordinator
Sarah Wagner, Volunteer Coordinator

**Kitchen & Groceries Operations**
Hilton Hunter, Executive Chef
Charles Battle, Groceries to Go Coordinator
Brandon Carter, Kitchen Assistant
Tim Devine, Chef
Felicia Folly, Grocery Assistant
Jerry Hairston, Assistant Executive Chef
Marta Mirecki, Chef
Les Ralston, Expeditor
Oscar Ramos, Chef

**Delivery**
Donald Hickman, Delivery Manager
Daniel Conway, Delivery Coordinator
Stan Liles, Driver
Janice Pendergast, Driver
Kim Powell, Driver
Ora Wright, Driver

**Development**
Susan Lamb, Director of Development
Lisa Butenhoff, Communications Manager
Daniel del Pielago, Development Assistant
Greg Diamond, Foundations Manager

Stacy England, Development Assistant
Kirsten Feyling, Development Coordinator
Courtney Stamm, Special Events Manager
Tom VandenBosch, Major Donor and Corporate Gifts Manager
Ron Wilder, Public Funding Coordinator

**Finance & Administration**
George Bednar, Chief Financial Officer
John Dunne, Operations Manager
Lucas Ginn, Human Resources Manager
Cesar Guerra, Operations Associate
Arminda Guillen, Custodian
Mona Mody, Staff Accountant
James Philip, Operations Assistant
Ben Shungu, Senior Accountant

**Board of Directors**
Suzanne Goldstein, President
Christopher Wolf, Esq., First Vice President
Robert P. Hall III, Second Vice President
Gail P. Williams, Treasurer
Phyllis Freedman, Secretary
Rich Gottwald, Assistant Secretary
Steve Fabrizio, General Counsel

Jeffrey S. Akman, MD, The George Washington University
John Barnes, Altria Corporate Services
Richard Bruce Becker, MD, MBA, The George Washington University Hospital
Michael DeSantis, Choice Hotels International
Rev. Msgr. Ray East, Archdiocese of Washington
Steve Fabrizio, Jenner & Block LLP
Phyllis Freedman, SmartGiving
Suzanne Goldstein, Long & Foster Realtors
Rich Gottwald, Plastics Pipe Institute
Kenneth Greenberg, Indian Spring Country Club
Robert P. Hall III, INVISTA
Michael MacLeod, Public Interest Data, Inc.
Carol Myers
Laura Olle, Capital One
Gail P. Williams, SunTrust Bank
James H. Williams
Christopher Wolf, Proskauer Rose LLP