FEB-23-2004 11:33 FROM:CURVES LE          2543999509         TO:713    567         P.002/003



*To: Rachel Proch*
*972 628 7760*

58 L Street, SE
Washington DC 20003

Phone • (202) 488-8278
Fax   • (202) 863-1204
TDD   • (202) 554-2944

www.foodandfriends.org

February 18, 2004

Mr. Michael Raymond
Director of Marketing
Curves International, Inc.
100 Ritchie Road
Waco, TX 76712

Dear Mr. Raymond:

I am writing as Executive Director of Food & Friends, a non-profit social services agency serving the greater Washington, DC area and providing meals and groceries to persons who are ill.

A recent edition of "Clipper Magazine" contains an advertisement for Curves announcing your "6th Annual Food Drive" and containing a graphic of a grocery bag with the words "food for friends" on the bag. While your charitable efforts are commendable, the graphic unfortunately infringes the registered trademark of Food & Friends, which originated the concept of a grocery bag with the words "Food & Friends" to designate a food-related charity. An image of our registered trademark appears in the upper right hand corner of this page. The request that your customers bring a bag of non-perishable food items adds to the confusion inasmuch as we conduct food drives as one of the means for providing for our clients.

Accordingly, this is to request that you cease and desist the use of the grocery bag image with the words "food for friends." Again, we applaud your charitable efforts, but hope you understand the legal need for us to protect our valuable trademark by asking for your cooperation.

Please confirm by no later than February 25, 2004 that you will no longer use the infringing image. Also, to the extent that other Curves franchises are using the logo, we would appreciate learning of that usage.

Sincerely yours,

Craig M. Shniderman

Cc: Christopher Wolf, Esq.