**REDACTED**

**From:** Fabrizio, Steven B
**Sent:** Thursday, May 19, 2005 2:50 PM
**To:** 'Roger Schmidt'
**Subject:** RE: Curves Food Drive Materials

Roger -- We have continued our own investigation and fact gathering and have information on additional Curves locations using materials with a grocery bag logo that infringes the Food & Friends mark. The documents attached to this e-mail are (1) an additional flyer used by four Curves locations in Arlington, Virginia, which is immediately outside DC; and (2) a document that appears to have been sent by Curves corporate to franchisees. As you will see, the flyer uses a grocery bag with food coming out of it inside a heart. It appears to be the same as the logo in

the coupon from the Cleveland Park Curves, previously sent to you. It also appears to be the logo that Curves corporate sent out to franchisees.

We need to get to the bottom of this. Can we schedule a call in the next day or so? Also, it certainly would help move this forward in a cooperative manner if you would provide the information requested below before our call.

SBF

**REDACTED**