RECEIVED
JUN - 6 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

*per co with clerk. lc*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CURVES INTERNATIONAL, INC. | § | |
| | § | |
| Plaintiff, | § | SA05CA0535  RF |
| | § | |
| v. | § | CASE NO. _____ |
| | § | |
| FOOD & FRIENDS, INC. | § | |
| | § | |
| Defendant. | § | |

## COMPLAINT FOR DECLARATORY JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Curves International, Inc. hereby requests a declaration that its 2005 Curves Food Drive mark does not infringe the federally-registered trademarks of Food & Friends, Inc.

**I.  Parties**

1. Plaintiff Curves International, Inc. is a corporation organized under the laws of the State of Texas having its principal place of business in Waco, Texas.

2. Defendant Food & Friends, Inc. is, based on information and belief, a non-profit corporation organized under the laws of the District of Columbia and may be found at 219 Riggs Road, NE Washington, DC 20011.

## II. Nature of Action

3. This is an action for declaratory judgment under 28 U.S.C. § 2201 related to claims by Defendant Food & Friends, Inc., related to a federal question, namely that Curves International, Inc. has infringed the federally-registered trademarks of Food & Friends, Inc. under 15 U.S.C. § 1114.

## III. Personal Jurisdiction

4. Defendant Food & Friends, Inc. is subject to the jurisdiction of this court. Defendant Food & Friends, Inc. has previously entered a contractual agreement with Plaintiff Curves International, Inc. in this forum. Defendant Food & Friends, Inc. does or apparently plans to direct correspondence for its mailing lists into all locations in the State of Texas based on an interactive portion of its website. Furthermore, Defendant Food & Friends, Inc. does or apparently plans to solicit and receive donations and to solicit and receive sponsorships from and/or in the State of Texas based on other interactive portions of its website.

## IV. Venue

5. Venue is proper in this forum as the alleged infringer, Plaintiff Curves International, Inc. is located here. In addition, venue is proper because a substantial part of the events or omissions allegedly giving rise to the alleged infringement occurred here.

## V.  Count 1 – Action for Declaration of No Infringement of a Federal Mark

6. Plaintiff Curves International, Inc. is the franchisor of the nationally-known CURVES women-only fitness centers. Since the mid-1990's, Plaintiff has used its CURVES and/or CURVES FOR WOMEN marks in connection with its services. As a result of such use, and the thousands of franchise locations in the United States, the CURVES mark has become famous.

7. Plaintiff is the owner of the following federally-registered CURVES marks:

| Registration No. | MARK | Class | Goods/Services | Date of Effective Rights |
|---|---|---|---|---|
| 2123855 | *Curves* (stylized) | 025 | cosmetic breast pads for insertion into bras and swimsuits | January 14, 1997 |
| 2947574 | CURVES | 041 | Educational services, namely providing health and fitness programs for fitness clubs and health and exercise centers. | May 23, 2002 |
| 2923501 | *Curves* (stylized) | 041 | Educational services, namely providing health and fitness programs for fitness clubs and health and exercise centers; fitness centers, namely, providing fitness and exercise facilities. | July 24, 2003 |

| 2930889 | CURVES | 005 | Meal replacement and dietary supplement drink mixes, nutritional supplements | March 4, 2004 |
|---|---|---|---|---|
| 2946238 | CURVES FOR WOMEN | 041 | Educational services, namely providing health and fitness programs for fitness clubs and health and exercise centers; fitness centers providing fitness and exercise facilities. | April 30, 2004 |
| | | 044 | Weight reduction diet planning, counseling and supervision. | |
| | | 025 | Athletic clothing, namely, t-shirts, shirts, turtlenecks, tank tops, sweatshirts, bodysuits, robes, pants, sweatpants, warm-up suits, jackets, socks and shorts; athletic accessories, namely, hats, visors, and sweat bands. | |
| 1996990 | *Curves FOR WOMEN* (logo) | 041 | providing facilities for exercise and physical fitness training. | September 12, 1995 |

8. Plaintiff Curves International, Inc. has, since 1999, held a nationwide annual food drive in connection with its franchise locations. Such food collected was distributed to appropriate charities.

9. An actual existing and bona fide controversy exists between Plaintiff Curves International, Inc. and Defendant Food & Friends, Inc., namely whether the logo or trademark associated with the 7th Annual Curves Food Drive constitutes infringement of a federally-registered trademark under 15 U.S.C. §1114, which can be determined only by a declaratory judgment.

10. During the past month, Steve Fabrizio, counsel for Defendant Food & Friends, Inc., has repeatedly contacted Plaintiff Curves International, Inc. contending that advertising for the Curves 2005 food drive "infringes the Food & Friends mark." Such contention is evidence of the actual controversy involved in this action for declaratory judgment. The Curves' advertising in question featured CURVES FOOD DRIVE together with a design including a heart formed of the outer edge of the design, a woman pushing a shopping cart, and two grocery bags within the shopping cart whereon each grocery bag displayed groceries at its top and Curves International, Inc.'s federally-registered trademark CURVES on each bag. A marketing flyer featuring the mark is attached hereto as Exhibit 1.

11. Defendant Food & Friends, Inc. is the owner of three FOOD & FRIENDS federal trademark registrations, identified as follows:

Page 5

| Registration No. | MARK | Class | Goods/Services | Date of Effective Rights |
|---|---|---|---|---|
| 2214556 | FOOD & FRIENDS | 036 | charitable fundraising services | November 17, 1997 |
| 2332631 | FOOD & FRIENDS | 025 | Clothing, namely, t-shirts, sweatshirts, aprons and hats. | April 26, 1999 |
| 2217266 | FOOD & FRIENDS (logo) | 036 | charitable fundraising services | November 17, 1997 |

12. The relevant federal statute regarding infringement of a federally registered mark provides in part:

> Any person who shall, without the consent of the registrant (a) use in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive; or (b) reproduce, counterfeit, copy, or colorably imitate a registered mark and apply such reproduction, counterfeit, copy, or colorable imitation to labels, signs, prints, packages, wrappers, receptacles or advertisements intended to be used in commerce upon or in connection with the sale, offering for sale, distribution, or advertising of goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive, shall be liable in a civil action by the registrant for the remedies hereinafter provided. Under subsection (b) hereof, the registrant shall not be entitled to recover profits or damages unless the acts have been committed with knowledge that such imitation is intended to be used to cause confusion, or to cause mistake, or to deceive.

15 U.S.C. § 1114(1) (also known as Section 32 of the Trademark Act of 1946 or the Lanham Act).

13.     In light of such facts and the statute, Plaintiff Curves International, Inc. disputes there is any liability stemming from its logo or trademark for the 7th Annual Curves Food Drive.

## **PRAYER**

14.     Plaintiff Curves International, Inc. therefore requests the Court enter judgment declaring that there is no trademark infringement by Curves International, Inc. of the federally-registered marks of Food & Friends, Inc., awarding attorney's fees and costs as permitted by law, and for such other and further relief as to this court may seem just and proper in addition to the costs and disbursements of this action.

Respectfully Submitted,

*[signature]*

Bart W. Huffman
State Bar No. 00790930
COX SMITH MATTHEWS INCORPORATED
112 East Pecan, Suite 1800
San Antonio, Texas 78205
(210) 554-5500 Telephone
(210) 226-8395 Facsimile

James E. Hudson III
Texas Bar No. 00798270
*Motion to Appear Pro Hac Vice Pending*
KEELING HUDSON, L.L.C.
Post Office Box 70103
Houston, Texas 77270
(713) 579-3022 Telephone
(713) 579-3002 Facsimile

**Attorneys for Plaintiff**

774109.2



## COMMUNITY NOTICE

**FOR IMMEDIATE RELEASE**
**FOR MORE INFORMATION CALL:**

_____

### CURVES SUPPORTS COMMUNITIES NATIONWIDE
### WITH 7TH ANNUAL FOOD DRIVE

Curves, 30 Minute Fitness and Weight Loss Center, in_____will be joining the Curves International Inc. "Curves Food Drive" to benefit local food banks.

Last year, the Curves food drive collected over 8,500 tons of food for local communities.

Anyone joining Curves the week of March 7th may bring a bag of groceries and have the normal service fee waived.* Anyone may drop off non-perishable food items at Curves Monday through Friday during business hours during the month of March.

"The Curves Food Drive promotion allows us, the franchisees, to help more women reach their fitness goals, while giving back to the community simultaneously,"          , the owner of the          club, said.

With over 8,000 locations worldwide, Curves is the world's largest fitness franchise and the fastest growing franchise in history. Currently, Curves helps over four million women realize their fitness and weight loss goals every day.

**THE LOCAL CURVES ADDRESS IS**

*Curves*



*Offer based on first visit enrollment, minimum 12 mo. c.d. program. Not valid with any other offer. Valid only at participating locations.