✿ CURVES Site Registry · Sign up

# Curves

Enter your US/Canada POSTAL CODE or click here to find a Curves near you.

- About Curves
- ✿ Locations
- Is Curves Right for Me?
- Weight Management Plan
- diane Magazine
- Franchise Information
- Contact Us

Choose your language:
English 

## Locations                                               Results O

Please note that all distances are approximate. Please check several locations to fir the one nearest you.

**New Search**

**Locations within:** 15 miles of 20001 in the USA

**Search Results:** 42

**Washington, DC - Downtown**
1710 Rhode Island Ave., NW
Washington, DC 20036
(202) 429-2878
Website

Approx. Distance: 1.65 Miles

**Washington, DC-Columbia Heights/Adams Mo**
3220 - 17th St., NW, Unit T-10/20
Washington, DC 20010
(202) 319-7007

Approx. Distance: 1.68 Miles

**Washington, DC- Upper Northeast**
212 Michigan Ave., NE
Washington, DC 20017
(202) 518-4160

Approx. Distance: 2.54 Miles

**Washington, DC - Capitol Hill**
407 - 8th St. SE
Washington, DC 20003
(202) 544-4403

Approx. Distance: 2.63 Miles

**Washington, DC - Petworth**
5521 Colorado Ave. NW
Washington, DC 20011
(202) 722-5991

Approx. Distance: 2.86 Miles

**Arlington, VA - Southeast**
2345 Crystal Dr., Ste. 108
Arlington, VA 22202
(703) 415-1116

Approx. Distance: 4.37 Miles

**Washington, DC-Manor/Takoma Park, MD**
7008 (C) Westmoreland Ave.
Takoma Park, MD 20912
(301) 853-3400

Approx. Distance: 5.1 Miles

**Washington, DC - Cleveland Park**
3414 Idaho Ave., NW
Washington, DC 20016
(202) 237-6680

Approx. Distance: 5.43 Miles

**Arlington, VA - Central**
2529 Wilson Blvd.
Arlington, VA 22201
(703) 387-2474

Approx. Distance: 5.6 Miles

**Arlington, VA - Virginia Square**
3528 Wilson Blvd.
Arlington, VA 22201
(703) 807-5895

Approx. Distance: 5.6 Miles

**Hyattsville, MD**
5402 Queens Chapel Rd.
Hyattsville, MD 20782
(301) 559-9400

Approx. Distance: 5.73 Miles

**Silver Springs, MD - West**
1320 Fenwick Ln., Ste. 102
Silver Springs, MD 20910
(301) 326-0321

Approx. Distance: 6.44 Miles

**Bethesda, MD - South**
6831 Wisconsin Ave.
Chevy Chase, MD 20815
(301) 215-7959

Approx. Distance: 6.58 Miles

**Arlington, VA - South**
2772 S. Arlington Mill Dr.
Arlington, VA 22206
(703) 379-0305

Approx. Distance: 6.8 Miles

**Langley Park, MD**
1835 University Blvd., #309
Hyattsville, MD 20783
(301) 408-0004

Approx. Distance: 7.11 Miles

**Arlington, VA - North**
2105 N. Pollard St.
Arlington, VA 22207
(703) 243-4339

Approx. Distance: 7.32 Miles

**Oxon Hill, MD**
6169 Oxon Hill Road
Oxon Hill, MD 20745
(301) 686-1600

Approx. Distance: 7.43 Miles

**Hillcrest Heights, MD**
5850 Allentown Way
Temple Hills, MD 20748
(301) 449-0002

Approx. Distance: 8.28 Miles

**College Park, MD**
8145 Baltimore Ave., Ste. N
College Park, MD 20740
(301) 345-6611

Approx. Distance: 8.65 Miles

**Kensington, MD**
10516 Connecticut Ave.
Kensington, MD 20895
(301) 962-9494

Approx. Distance: 8.89 Miles

**Wheaton, MD**
11923 Georgia Ave.
Wheaton, MD 20902
(301) 962-0550

Approx. Distance: 9.39 Miles

**Alexandria, VA - West**
4613-B Duke St.
Alexandria, VA 22304
(703) 751-2500

Approx. Distance: 9.5 Miles

---

**Annandale, VA**
6343B Columbia Pike
Falls Church, VA 22041
(703) 941-8777

Approx. Distance: 9.93 Miles

---

**District Heights, MD**
6017 Marlboro Pike
District Heights, MD 20747
(301) 420-5599

Approx. Distance: 10.1 Miles

---

**Belle View, VA**
1506 A Belle View Blvd
Alexandria, VA 22307
(703) 721-2044

Approx. Distance: 10.1 Miles

---

**McLean, VA**
6246 Old Dominion Dr.
Mc Lean, VA 22101
(703) 538-4655

Approx. Distance: 10.57 Miles

---

**Cabin John, MD**
10319-A Westlake Dr.
Bethesda, MD 20817
(301) 365-0795

Approx. Distance: 10.93 Miles

---

**Fort Washington, MD**
10737 Indian Head Hwy., Unit 10737
Fort Washington, MD 20744
(301) 203-9200

Approx. Distance: 10.99 Miles

---

**Colesville/White Oak, MD**
12842 New Hampshire Ave.
Silver Spring, MD 20904
(301) 622-1800

Approx. Distance: 11.12 Miles

---

**Falls Church, VA**
240 W. Broad St.
Falls Church, VA 22046
(703) 536-0140

Approx. Distance: 11.29 Miles

**Greenbelt, MD**
103-A Centerway Rd.
Greenbelt, MD 20770
(301) 474-1747

Approx. Distance: 11.78 Miles

**North Bethesda, MD**
1614 E. Jefferson St.
Rockville, MD 20852
(301) 468-3991

Approx. Distance: 12.26 Miles

**Beltsville, MD**
11613 Beltsville Dr.
Beltsville, MD 20705
(301) 572-2700

Approx. Distance: 12.34 Miles

**Glenn Dale, MD**
7401 Forbes Blvd., Ste. B1
Lanham, MD 20706
(301) 262-3358

Approx. Distance: 12.51 Miles

**New Carrollton, MD**
8837 Annapolis Rd.
Lanham, MD 20706
(301) 731-0423

Approx. Distance: 12.51 Miles

**Aspen Hill/Rossmoor, MD**
13601 Connecticut Ave.
Aspen Hill, MD 20906
(301) 598-8820

Approx. Distance: 12.79 Miles

**Clinton, MD**
8879 Woodyard Rd.
Clinton, MD 20735
(301) 877-1585

Approx. Distance: 13.49 Miles

**Kings Town, VA**
7590 Telegraph Rd.
Alexandria, VA 22315
(703) 971-9011

Approx. Distance: 14.09 Miles

**Cloverly, MD**
15515 New Hampshire Ave.
Silver Spring, MD 20905
(301) 879-9737

Approx. Distance: 14.33 Miles

**Annandale-South/North Springfield, VA**
5232 Port Royal Rd.
Springfield, VA 22151
(703) 321-3232

Approx. Distance: 14.95 Miles

**Springfield, VA**
8091-C Alban Rd.
Springfield, VA 22150
(703) 440-8989

Approx. Distance: 14.96 Miles

**Mount Vernon, VA**
8794 Sacramento Dr., Ste. 19 & 20
Alexandria, VA 22309
(703) 360-9102

Approx. Distance: 14.98 Miles

New Search

Home | Copyright/Legal Info | Privacy Policy | Site Map | Site