CO-386-online
10/03

# United States District Court
# For the District of Columbia

Food & Friends, Inc.  )
)
)
)
vs    Plaintiff  )   Civil Action No. __1:05CV01211 (CKK)__
)
Curves International, Inc., et al.  )   Filed Under Seal
)
)
Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Fitness Management, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Fitness Management, LLC__ which have any outstanding securities in the hands of the public:

Nonne

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[Signature]*
Signature

__185371__
BAR IDENTIFICATION NO.

Benjamin F. Saulter
Print Name

__1710 Rhode Island Ave., NW__
Address

__Washington, D.C.     20036__
City        State      Zip Code

__202-483-7240__
Phone Number

**RECEIVED**

JUL 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT