## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FOOD & FRIENDS, INC.

      Plaintiff,

      v.

CURVES INTERNATIONAL, INC.,
FITNESS MANAGEMENT LLC,
CURVES CLEVELAND PARK,
and Does 1-50

      Defendants.

Civil Action No. 05-1211 (CKK)

### DEFENDANT CURVES INTERNATIONAL INC.'S MOTION TO LIFT SEAL

On June 26, 2005, the Court granted plaintiff Food & Friends, Inc.'s (hereinafter "plaintiff") Motion to File Complaint Under Seal (hereinafter, "Pl.'s Mot."). The basis for plaintiff's motion was a confidentiality provision in a contract between plaintiff and defendant Curves International, Inc. (hereinafter "defendant"). In its motion, plaintiff claimed that it did "not believe filing under seal" was necessary but was nonetheless concerned that if it did not file its complaint under seal, defendant would accuse it of violating the confidentiality portion of the contract. Pl.'s Mot. at ¶ 2. Defendant does not believe this case should be under seal. Further, plaintiff and defendant have conferred and agree to waive the confidentiality provision of the contract. Defendant therefore respectfully requests the Court to enter an order lifting the seal on this case and have all pleadings placed on the public docket.

Dated: July 14, 2005

Respectfully submitted:

Basil C. Culyba
(D.C. Bar No. 250191)
COLLIER SHANNON SCOTT, PLLC
3050 K Street, N.W.
Suite 400
Washington, D.C. 20007
Tel.: 202.342.8629
Fax: 202.342.8451

*Attorneys for Defendant*
*Curves International, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FOOD & FRIENDS, INC.

      Plaintiff,

      v.

CURVES INTERNATIONAL, INC.,
FITNESS MANAGEMENT LLC,
CURVES CLEVELAND PARK,
and Does 1-50

      Defendants.

Civil Action No. 05-1211 (CKK)

## ORDER

This matter having come to the Court on Defendant Curves' International Inc.'s Motion to Lift Seal, it is hereby:

ORDERED that Defendant's motion is granted.  It is further ORDERED that all pleadings in the case are to be placed on the public docket.

Entered on this _____ day of _____, 2005.

_____
Judge, United States District Court

## CERTIFICATE OF SERVICE

I certify that on July 14, 2005, I caused a true and correct copy of the foregoing Defendant Curves International, Inc.'s Motion to Lift Seal and proposed Order granting same to be served via electronic and first class mail upon:

> Steven B. Fabrizio, Esq.
> JENNER & BLOCK LLP
> 601 Thirteenth Street, N.W.
> Washington, D.C. 20005-3823
>
> *Attorneys for Plaintiff*
> *Food & Friends, Inc.*

Dated July 14, 2005

By: _____
Basil C. Culyba
(D.C. Bar No. 250191)
COLLIER SHANNON SCOTT, PLLC
3050 K Street, N.W.
Suite 400
Washington, D.C. 20007
Tel.: (202) 342-8629
Fax: (202) 342-8451

*Attorneys for Defendant*
*Curves International, Inc.*