IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 19 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| FOOD & FRIENDS, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05 1211 (CKK) |
| ) | |
| v. ) | |
| ) | |
| CURVES INTERNATIONAL, INC., ) | |
| FITNESS MANAGEMENT LLC, ) | |
| CURVES CLEVELAND PARK, ) | |
| and DOES 1-50 ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF FOOD & FRIENDS, INC.'S RESPONSE TO MOTION TO LIFT SEAL

Food & Friends does not object to -- indeed consents to -- Defendant Curves International's Motion to Lift Seal.

Respectfully submitted,

By: _____
Steven B. Fabrizio
(D.C. Bar No. 436482)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005-3823
Tel: 202.639.6000
Fax: 202.639.6066

*Attorneys for Plaintiff*
*Food & Friends, Inc.*

Dated: July 19, 2005

## Certificate of Service

I hereby certify that on Tuesday, July 19, 2005, I caused true and correct copies of the foregoing Plaintiff Food & Friends, Inc.'s Response to Motion to Lift Seal to be served on Defendants or counsel for Defendants by U.S. Mail.

_____
Steven B. Fabrizio