## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FOOD & FRIENDS, INC.

     Plaintiff,

     v.

CURVES INTERNATIONAL, INC.,
FITNESS MANAGEMENT LLC,
CURVES CLEVELAND PARK,
and Does 1-50

     Defendants.

Civil Action No. 05-1211 (CKK)

## ORDER

This matter having come to the Court on Defendant Curves' International Inc.'s Motion to Lift Seal, it is hereby:

ORDERED that Defendant's motion is granted. It is further ORDERED that all pleadings in the case are to be placed on the public docket.

Entered on this __25__ day of __July__, 2005.

_____
Judge, United States District Court