IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOD & FRIENDS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>CURVES INTERNATIONAL, INC., *et al.*<br><br>　　　　Defendants. | ~~Sealed~~ TD<br><br>Case No. 1: 05CV01211 CKK |

### DISCLOSURE CERTIFICATE OF DEFENDANTS MAREL LLC AND ELVI MOORE

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1 of this Court, I, the undersigned counsel of record for Defendants Marel LLC and Elvi Moore, certify to the best of my knowledge and belief that Marel LLC has no parent company, subsidiary or affiliate with any outstanding securities in the hands of the public, and no publicly held corporation owns any interest therein. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 14, 2005

Respectfully submitted,

By: _____

Arnold P. Lutzker (DC Bar #101816)
Carl H. Settlemyer, III (DC Bar #454272)
LUTZKER, LUTZKER & SETTLEMYER LLP
1000 Vermont Avenue, N.W., Suit 450
Washington, DC 20005-4929
Phone: (202) 408-7600
Fax: (202) 408-7600

Attorneys for Defendants, Marel LLC and Elvi Moore

RECEIVED
JUL 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of July 2005, a true and correct copy of the foregoing "Disclosure Certificate of Defendants Marel LLC and Elvi Moore" was served by First Class U.S. Mail, postage prepaid, upon the following:

Basil C. Culyba, Esquire
COLLIER SHANNON SCOTT, PLLC
3050 K Street, N.W.
Suite 400
Washington, DC 20007

Steven B. Fabrizio, Esquire
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823

Brian P. O'Donnell
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611

Carl H. Settlemyer