CO-386-online
10/03

# United States District Court
# For the District of Columbia

FOOD & FRIENDS, INC.                 )
                                     )
                                     )
                                     )
                 vs     Plaintiff    )        Civil Action No. __1:05-cv-01211 (CKK)__
                                     )
CURVES INTERNATIONAL, INC., et       )
al.                                  )
                                     )
                       Defendant     )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Curves International, Inc.__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Curves International, Inc.__ which have

any outstanding securities in the hands of the public:

There is no such corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

__Signature__

__D.C. Bar No. 250191__
BAR IDENTIFICATION NO.

__Basil C. Culyba__
Print Name

__3050 K Street, N.W., Suite 400__
Address

__Washington, DC          20007__
City          State          Zip Code

__202-342-8629__
Phone Number