IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FOOD & FRIENDS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 1:05CV01211 (CKK)** |
| | : | |
| CURVES INTERNATIONAL, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **NOTICE**

Will the Clerk of the Court please take notice that Jennifer R. Porter, Esq., of the Law Office of R. Craig Jennings, PLLC, is lead counsel on behalf of Defendant FITNESS MANAGEMENT, LLC with respect to the above-captioned matter. It is further requested that all future litigation, correspondence and ecf filings be directed to her attention.

Respectfully submitted,

LAW OFFICE OF R. CRAIG JENNINGS, PLLC


By: _____
Jennifer R. Porter, Esq.
10201 Lee Highway, Suite 490
Fairfax, Virginia 22030
(703) 639-1042 - phone
(703) 273-3208 - fax
Email address:   jporter@vacoxmail.com
Counsel for Defendant
FITNESS MANAGEMENT, LLC

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of October, 2005, a true and accurate copy of the foregoing pleading was served via first class mail, postage prepaid, addressed to:

Steven B. Fabrizio, Esq.
Jenner & Block, LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
(202) 639-6040 - phone
(202) 661-4823 - fax
Counsel for Plaintiff FOOD & FRIENDS, INC.

Brian P. O'Donnell, Esq.
Jenner & Block, LLP
One IBM Plaza
Chicago, Illinois 60611
Counsel for Plaintiff FOOD & FRIENDS, INC.

Arnold P. Lutzker, Esq.
Carl H. Settlemyer, III, Esq.
Lutzker, Lutzker & Settlemyer, LLP
1000 Vermont Avenue, N.W., Suite 450
Washington, D.C. 20005-4929
(202) 408-7600 - phone
(202) 408-4600 - fax
Counsel for Defendants MAREL, LLC and ELVI MOORE

Basil C. Culyba, Esq.
Collier Shannon Scott, PLLC
3050 K Street, N.W., Suite 400
Washington, D.C. 20007
(202) 342-8629 - phone
(202) 342-8451 - fax
Counsel for Defendant CURVES INTERNATIONAL, INC.

_____
Jennifer R. Porter, Esq.

Z:\craig\rcj\Curves\Notice of Appearance.wpd