IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FOOD & FRIENDS, INC.,                        :
                                             :
        Plaintiff,                           :
                                             :
v.                                           :        **Case No. 1:05CV01211 (CKK)**
                                             :
CURVES INTERNATIONAL, INC., *et al.*,        :
                                             :
        Defendants.                          :

## **PRAECIPE**

THE CLERK OF THE COURT will kindly note the following change of address and

telephone/facsimile numbers for counsel for Defendant effective November 14, 2005:

Law Office of R. Craig Jennings, PLLC
3923 Old Lee Hwy., Suite 62-B
Fairfax, Virginia 22030-2428
(703) 359-8620 (phone)
(703) 359-0897 (fax)

FOOD & FRIENDS, INC.
By Counsel

LAW OFFICE OF R. CRAIG JENNINGS, PLLC

By:     /s/
        R. Craig Jennings (VSB #6680)
        Jennifer R. Porter (VSB #45762)
        Anne P. Breville (VSB #67983)
        Counsel for Defendant

-1-

**CERTIFICATE OF SERVICE**

I CERTIFY THAT on the 14th day of November, 2005, a true and accurate copy of the foregoing was mailed first class, postage prepaid to:

Steven B. Fabrizio, Esq.
Jenner & Block, LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Counsel for Plaintiff FOOD & FRIENDS, INC.

Brian P. O'Donnell, Esq.
Jenner & Block, LLP
One IBM Plaza
Chicago, Illinois 60611
Counsel for Plaintiff FOOD & FRIENDS, INC.

Arnold P. Lutzker, Esq.
Carl H. Settlemyer, III, Esq.
Lutzker, Lutzker & Settlemyer, LLP
1000 Vermont Avenue, N.W., Suite 450
Washington, D.C. 20005-4929
Counsel for Defendants MAREL, LLC and ELVI MOORE

Basil C. Culyba, Esq.
Collier Shannon Scott, PLLC
3050 K Street, N.W., Suite 400
Washington, D.C. 20007
Counsel for Defendant CURVES INTERNATIONAL, INC.

/s/ _____
Jennifer R. Porter, Esq.

Z:\craig\rcj\Curves\PRAECIPE.NEW ADDRESS.wpd