IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOD & FRIENDS, INC., | : |
| Plaintiff, | : |
| v. | : **Case No. 1:05CV01211 (CKK)** |
| CURVES INTERNATIONAL, INC., *et al.*, | : |
| Defendants. | : |

## **PRAECIPE**

THE CLERK OF THE COURT will kindly note the following change of address and telephone/facsimile numbers for counsel for Defendant effective November 14, 2005:

> Law Office of R. Craig Jennings, PLLC
> 3923 Old Lee Hwy., Suite 62-B
> Fairfax, Virginia 22030-2428
> (703) 359-8620 (phone)
> (703) 359-0897 (fax)

> FITNESS MANAGEMENT, LLC
> By Counsel

LAW OFFICE OF R. CRAIG JENNINGS, PLLC

By:  /s/ _____
  R. Craig Jennings (VSB #6680)
  Jennifer R. Porter (VSB #45762)
  Anne P. Breville (VSB #67983)
  Counsel for Defendant

## CERTIFICATE OF SERVICE

I CERTIFY THAT on the 14th day of November, 2005, a true and accurate copy of the foregoing was mailed first class, postage prepaid to:

Steven B. Fabrizio, Esq.
Jenner & Block, LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Counsel for Plaintiff FOOD & FRIENDS, INC.

Brian P. O'Donnell, Esq.
Jenner & Block, LLP
One IBM Plaza
Chicago, Illinois 60611
Counsel for Plaintiff FOOD & FRIENDS, INC.

Arnold P. Lutzker, Esq.
Carl H. Settlemyer, III, Esq.
Lutzker, Lutzker & Settlemyer, LLP
1000 Vermont Avenue, N.W., Suite 450
Washington, D.C. 20005-4929
Counsel for Defendants MAREL, LLC and ELVI MOORE

Basil C. Culyba, Esq.
Collier Shannon Scott, PLLC
3050 K Street, N.W., Suite 400
Washington, D.C. 20007
Counsel for Defendant CURVES INTERNATIONAL, INC.

/s/ _____
Jennifer R. Porter, Esq.

Z:\craig\rcj\Curves\Amended Notice New Address.wpd