UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOD & FRIENDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CURVES INTERNATIONAL, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:05-cv-01211-CKK |

**NOTICE OF SETTLEMENT**

Plaintiff Food & Friends, through undersigned counsel, wishes to notify the Court that the parties in the above-captioned matter have reached an agreement in principle to settle all claims against all parties to this action. Promptly upon finalizing documentation of that comprehensive settlement, the parties anticipate submitting to the Court appropriate stipulations of dismissal with prejudice.

Respectfully,

_/s/_____

Steven B. Fabrizio
DC Bar No. 436482
Elizabeth G. Porter
DC Bar No. 484335
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
Telephone: 202 639-6000
Facsimile: 202 639-6066

*Counsel for Food & Friends, Inc.*