UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOOD & FRIENDS, INC., <br><br>    Plaintiff, <br><br>v. <br><br>CURVES INTERNATIONAL, INC., *et al.*, <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:05-cv-01211-<br> ) CKK <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Each of the Parties who has appeared in this action, by their undersigned counsel of record, stipulates and agrees pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this action is hereby dismissed with prejudice in its entirety as against all defendants. The Parties further stipulate and agree that no Party shall be deemed the prevailing party, and that each Party shall bear all of its own costs and attorneys' fees in prosecuting and/or defending this action. The undersigned counsel represent and affirm that they are fully authorized to enter into and execute this stipulation on behalf of their respective clients.

Dated: December __, 2005

/s/ Basil Carl Culyba
Basil Carl Culyba
DC Bar No. 250191
COLLIER SHANNON SCOTT, PLLC
3050 K Street, NW
Suite 400
Washington, DC 20007
Telephone: 202 383-6526
Facsimile: 202 383-6610

*Counsel for Curves International, Inc*

Respectfully submitted,

/s/ Steven B. Fabrizio
Steven B. Fabrizio
DC Bar No. 436482
Elizabeth G. Porter
DC Bar No. 484335
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
Telephone: 202 639-6000
Facsimile: 202 639-6066

*Counsel for Food & Friends, Inc*

_____
Jennifer R. Porter
DC Bar No. 470817
LAW OFFICES OF R. CRAIG JENNINGS, PLLC
3923 Old Lee Highway
Suite 62-B
Fairfax, VA 22030
Telephone: 703 359-8620

*Counsel for Fitness Management, LLC*

_____
Arnold Paul Lutzker
DC Bar No. 101816
Carl H. Settlemyer III
DC Bar No. 454272
LUTZKER, LUTZKER & SETTLEMYER LLP
1000 Vermont Avenue, NW
Suite 450
Washington, DC 20005
Telephone: 202 408-7600

*Counsel for Marel LLC and Elvi Moore*

|  |  |
|---|---|
| _____ | *[signature]* |
| Jennifer R. Porter | Arnold Paul Lutzker |
| DC Bar No. 470817 | DC Bar No. 101816 |
| LAW OFFICES OF R. CRAIG JENNINGS, PLLC | Carl H. Settlemyer III |
|  | DC Bar No. 454272 |
| 3923 Old Lee Highway | LUTZKER, LUTZKER & SETTLEMYER LLP |
| Suite 62-B |  |
| Fairfax, VA 22030 | 1000 Vermont Avenue, NW |
| Telephone: 703 359-8620 | Suite 450 |
|  | Washington, DC 20005 |
|  | Telephone: 202 408-7600 |
| *Counsel for Fitness Management, LLC* |  |
|  | *Counsel for Marel LLC and Elvi Moore* |

2